BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIAMANTE ALFRED<br><br>　　　　Defendant. | CASE NO. 1:12-CR-160 LJO<br><br><br>STIPULATION AND ORDER TO<br>EXCLUDE TIME |

The parties request that the status conference in this case be continued from October 1, 2012 to October 9, 2012 at 8:30a.m.. They stipulate that the time between October 1, 2012 and October 9, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, counsel for the defendant anticipates being in trial in state court for the next week. Therefore, a one week continuance is requested so defense counsel may appear with the client. The requested continuance is

1

with the intention of conserving time and resources for both parties and the court.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                Respectfully Submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

DATE: September 27, 2012      By:   /s/ Elana S. Landau
                                ELANA S. LANDAU
                                Assistant U.S. Attorney

DATE: September 27, 2012             /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant

**IT IS SO ORDERED.**

DATE: September 27, 2012
                                /s/ Lawrence J. O'Neill
                                HON. Lawrence J. O'Neill
                                U.S. District Judge