ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, DIAMANTE ALFRED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00160 LJO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| DIAMANTE ALFRED, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently calendared for November 19, 2012 be continued to December 3, 2012 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

The additional time agreed to by the parties is for the benefit of the defense to allow completion of the tasks assigned to the investigator by defense counsel. Due to the unanticipated absence of the investigator, the investigation will not be completed by November 19, 2012 so as to afford defense counsel sufficient information to analyze Mr. Alfred's legal situation.

Last month, a funding request was approved for the defense investigator selected by defense counsel.  The investigator began working on requests/tasks identified by defense counsel.

The week of October 29, 2012, defense counsel learned that, as explained hereinafter, the defense investigator would be unavailable for two weeks.  In

1

1 October, 2012, the defense investigator taught a week long class in Columbia for
2 the United States Department of Justice.  According to the defense investigator,
3 he believed that assignment was a one time commitment.  The week of October
4 22, 2012, the defense investigator was contacted by the Department of Justice
5 concerning classes which the DOJ believed the defense investigator had committed
6 to instruct the weeks of November 5, 2012 and November 12, 2012.  According
7 to the defense investigator, he attempted to clarify that he had only committed to
8 teach one class.  Because a replacement could not be located to instruct
9 Columbian investigators and prosecutors concerning financial investigation
10 techniques, the investigator agreed to instruct the classes which were already
11 arranged.  The investigator advised defense counsel that DOJ promised him they
12 would find another instructor for classes scheduled in December.

13 The defense investigator will be returning to Fresno on November 17, 2012.
14 He has assured defense counsel that he will be able to complete the investigation
15 within two weeks  after returning to the United States.

16 This stipulation will prevent Mr. Alfred from needlessly being transported
17 from Lerdo for the court appearance presently calendared for November 19, 2012.

18 The parties also agree that any delay resulting from this continuance shall
19 be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
20 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  November 14, 2012          /s/ Elana Landau
                                   ELANA S. LANDAU
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Landau via email on November 6, 2012**

DATED:  November 14, 2012          /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   DIAMANTE ALFRED

1  Good cause exists for the continuance.  Time is excluded for the reasons stated.
2  At the next hearing, trial will be set.
3  IT IS SO ORDERED.
4  **Dated:   November 14, 2012**           /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE