```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare St, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4083
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-160 LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| DIAMANTE ALFRED | |
| Defendant. | |

The parties request that the jury trial in this case be continued from March 26, 2013 to May 21, 2013 at 8:30a.m.. They stipulate that the time between March 26, 2013 and May 21, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties further request that the trial confirmation and motions hearing currently set for February 25, 2013 be continued to May 6, 2013 at 8:30 a.m.. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the Court has indicated that

1

the current jury trial date is unavailable due to Ninth Circuit obligations, and May 21, 2013 is the first available date for defense counsel to be available and adequately prepared.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: February 11, 2013       By:   /s/ Elana S. Landau
                                    ELANA S. LANDAU
                                    Assistant U.S. Attorney


DATE: February 11, 2013              /s/ Roger K. Litman
                                    ROGER K. LITMAN
                                    Attorney for Defendant
```

    IT IS SO ORDERED.

**Dated:   February 11, 2013         /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE