# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFRED DIAMANT,<br><br>Defendant | U.S.D.C. No: 1:12-cr-00160-LJO-SKO-1<br><br>[U.S.C.A. No. 19-10244]<br><br>ORDER GRANTING APPOINTED COUNSEL'S REQUEST TO OBTAIN COPIESOF SEALED TRANSCRIPTS |

The request of Andrea R. St. Julian to receive a copy of the transcript of the sealed proceeding held on September 4, 2012 before Judge Lawrence J. O'Neill is GRANTED. The transcript itself shall remain sealed unless and until unsealed by further order of the Court.

IT IS SO ORDERED.

Dated:  **August 21, 2019**                         /s/ Lawrence J. O'Neill
                                                                    UNITED STATES CHIEF DISTRICT JUDGE

ORDER GRANTING APPOINTED COUNSEL'S REQUEST TO OBTAIN COPIES - 1